UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON | § |
| | § CIVIL ACTION NO. 4:24-cv-01731 |
| Plaintiff | § |
| | § |
| VS. | § |
| | § |
| SQUAREHEAD PROPERTIES, L.P. | § |
| | § |
| Defendant | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, YVONNE CLAYTON Plaintiff and SQUAREHEAD PROPERTIES, L.P., Defendant has reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: July 13, 2024        FOR YVONNE CLAYTON, Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: July 13, 2024

FOR SQUAREHEAD PROPERTIES, L.P., Defendant

BY: __/S/ *Maryalyce Cox*__
Ms. Maryalyce Cox
MEHAFFY WEBER
500 Dallas, Suite 2800
Houston, Texas 77002
(713) 655-1200 - Office
(713) 655-0222 – Fax