Case 4:24-cv-01731   Document 19   Filed 07/15/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YVONNE CLAYTON,<br>  Plaintiff, | §<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. 4:24-CV-01731 |
| | § |
| SQUAREHEAD PROPERTIES, L.P.,<br>  Defendant. | §<br>§<br>§ |

## ORDER OF DISMISSAL

On July 13, 2024, the parties in this case, YVONNE CLAYTON Plaintiff and SQUAREHEAD PROPERTIES, L.P., Defendant, filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 16) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on July 15, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE